AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* UNITED STATES ET AL.

No. 662. Decided January 17, 1966.

*Peter T. Beardsley, Richard R. Sigmon* and *Harry C. Ames, Jr.,* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al. *William M. Moloney, Hugh B. Cox, William H. Allen* and *James A. Bistline* for Atchison, Topeka & Santa Fe Railway Co. et al., appellees.

PER CURIAM.

The motion of the Atchison, Topeka & Santa Fe Railway Company et al. to be added as parties appellee is granted.

The motions to affirm are granted and the judgment is affirmed.